UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00391-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. OSCAR EDUARDO GUARDADO-GUTIERREZ,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is set for **Thursday, December 2, 2010, at 11:00 a.m., in courtroom A-1002.**

    Dated: September 7, 2010.